AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
MAR 15 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.

OMAR LEIGH
AND
KOLLEY TOURAY

Defendant(s)

Case No. 4:18MJ108 DDN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/15/2018__ in the county of __St. Charles County__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1028A | Aggravated Identity Theft |
| 18 USC § 1341 | Mail Fraud |
| 18 USC § 1344 | Bank Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Anne M. Kriedt, United States Postal Inspector

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/15/2018

*Judge's signature*

City and state: St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*